IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 7:16-cr-00017-4 |
| | ) | |
| BRANDON SCOTT THOMAS | ) | |

**FINAL ORDER**

For the reasons stated in the accompanying memorandum opinion, it is HEREBY ORDERED that:

1. Thomas' motion to amend (Dkt. No. 372) is GRANTED;

2. The government's motion to dismiss (Dkt. No. 364) is GRANTED;

3. Thomas' § 2255 motion (Dkt. No. 348) is DENIED;

4. This action shall be STRICKEN from the active docket of this court; and

5. Finding that Thomas has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

It is further directed that the clerk shall provide copies of this order and the accompanying memorandum opinion to counsel for the government and the defendant.

Entered: June 4, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge