<u>IN THE UNITED STATES</u> District Court for the WESTERN District of Virginia ROANOKE Division

BRANDON SCOTT THOMAS

v.

UNITED STATES OF AMERICA

CASE NO. 7:16-CR-00017-4

Judge ELIZABETH K. Dillon
UNITED STATES DISTRICT JUDGE

## Motion For Compassional Release DUE TO COVID-19

Petitioner comes now upon the honorable Court seeking redress on his request based on not his Age but his "pre-existing" and current medical condition.

## "HISTORY"

Petitioner pled guilty to various counts related to drug and sex offense by way of sex trafficking. Petitioner was sentences of 324-months imprisonment.

## BACKGROUND

Mr. Thomas was one of five (5) defendants charged in a second superseding indictment. He was charged with thirteen (13) counts of criminal activity: conspiring to sex-traffic at least four victims, actual trafficking of women through fraud, force and coercion, conspiracy to traffic heroin and methamphetamine, distribution of heroin and methamphetamine, possession, possession of a firearm in furtherance of drug-trafficking, running a prostitution enterprise and multiple counts of obstruction of justice. On June 14, 2016 Thomas entered a guilty plea to conspiracy to engage in drug trafficking, conspiracy to engage in sex trafficking, sex trafficking, sex trafficking and possession of a firearm in furtherance of a drug trafficking crime.

The petitioner "humbly request" that the honorable court relate to the further facts of the case history in order to excuse further discussions into the history of the case.

### Argumental Request

Petitioner comes now "humbly" before this honorable court, throwing himself on the mercy of the court.

Petitioner has valid reason's for this request before the court to contemplate

1

2.

The possibility of if not home confinement atleast at a minimum a reduction of his sentence due to the covid-19 pandemic.

The writer of this motion is a lifer serving 95 years to life and has also was sentenced to death in an state sentence who helps other inmates in their legal issue's for basically no financial gain but only to rid out a miscarriage of justice with hopes that the Honorable Court overlooks a defendants criminal actions but to look deeper into the rational thinking of a defendant at the time the crimes were committed.

This said, Mr Brandon Scott Thomas- Comes now with assistance comes to the Court, seeking relief even if minimal due to the covid-19 virus that sweeping the world.

That the possibility of a covid-20 is- in the near future that will be also as devistating as the covid-19 disease

This covid-20 will be so strong that it will kill younger people as the covid-19 has done mostly the elderly.

This covid-20 is said to affect the respiratory system shutting it- completely down with mucus in the lungs and affecting the degesting tract causing the immune system to shut down

completely resulting in the same affects of "Aids" and then causing death.

The petitioner realizes that his guilty pleas stated his guilt but now he pleading for the possibility to save his life without "side stepping" the actions that he admitted to.

Petitioner has now been incarserated over 4½ years of his 324-month sentence at the high end of the plea Agreement. Petitioner is now basically "Begging" this court for Mercy so he won't "die" in prison because of the deadly Covid-19 virus and not the future possibility of the Covid-20 that would be even deadlier.

The Petitioner states that he suffers from "Chronic High Blood Pressure" that he has suffered since the age of 16 years old. And now he suffers from obesity at the weight close to or over the weight of 409 lbs. Mr. Thomas suffers lately from bad head ace's due to his blood pressure pre-existing condition. His "Astma is Chronic".

Mr. Thomas is attaching to this motion his medical records and his mother could verify in an letter to the honorable court his condition as a teen and some of his complications due to his

-4-

chronic blood pressure problems. It don't look good for Mr. Thomas if he's infected by either COVID-19 or possibly COVID-20 if this virus comes into fruition "Lord forbids" it dose.

Anyway Mr. Thomas humbly throws himself upon the court even if not for home confinement due to his sentence structure he seeks atleast a reduction of his sentence because the World Health Organization and the CDC has stated that a vaccine for COVID-19 is or would most likely be temporary. Therefore he still would be in grave danger due to future exposure of COVID-19 in the B.O.P.

Petitioner is only requesting only (5) years be taken off of his sentence. Therefore, "Mr. Thomas seeks (5) years" reduced from his sentence in which would leave him a total of (13) years to serve and still being exposed to COVID-19 or any other future COVID-related viruses.

The court would still have the jurisdiction to "VACATE" Mr. Thomas sentence if he becomes "very ill" from the COVID-19 or future COVID-20 in the future.

Petitioner is begging that the court consider COVID-19 as a condition

-4-

THAT do "CAUSE" IMMENENT DEATH on people such as like Mr Thomas who could die from A "STROKE" if infected by the COVID-19 VIRUS.

The EASTERN DISTRICT of virginia has given An INMATE relief by filing back to the Sentencing Judge.

Mr. Thomas "reiterate" he has remorse for his Actions that has caused his incarseration in the BOP, And has been racing for a race of REdemption And MATURING IN THE BOP.

Mr. Thomas has been working on himself he hit the BOP working on himself And he has been "INFRACTION FREE" the time here At the BOP And Mr. Thomas has countless Achievement Certificates that bare-witness to his "willingness" to improve himself And his character.

Mr. Thomas if the Court was to do something "Extraordinary" like grant-HIM Home confinement he would have it home to stay with his mom.

Mr. Thomas IS A FATHER of 3 Living children while (2) of his kids are now Deceased.

- 5 -

Mr Thomas Asthma is basically what basically qualifies him for relief because he suffers crucial attacks do to his problem breathing and his weight condition.

The Asthma that cuts his breathing off at times causing slight pain in his chest. SEE medical records.

Mr. Thomas is seeking only (5) years off his sentence or either reconstructing his sentence where as he could be put on home confinement if he becomes ill with COVID-19 or COVID-20.

The five years is only to allow him to look forward to atleast (13) years.

Petitioner is only seeking such relief because he do not want to die in prison.

The fact that COVID-19 is once again rising due to people lack of respect for the danger which exist in society. Its just a matter of time that COVID 19 will rise drastically.

(6)

Mr Thomas's Mother Patty Ellen Thomas is herself "disabled" and worries about her son Brandon Scott Thomas the petitioner and also apologizes for her son Actions in the past but herself Ask this court (in which the court will recieve a letter asking or - begging for some relief due to - Mr. Thomas's Asthma and breathing problems, Blood Pressure problems as well as his over weight condition.

Petitioner Know's this relief is not - left up to the Government but this Honorable Court to Agree to his 5-year Request or An "Extraordinary Remedy" due to his "Medical Condition" and the Fact That he is remorseful for - his Criminal Acts committed.

The Petitioner Asks if Possible that a hearing could be set up by phone with his Unit Team Counselors at the petersburg correctional institute because his medical condition qualifies him for (the representation of Counsel) Due to his Request Based on the Covid-19 pademic affecting his - health conditions.

In the Interest of Justice Counsel Should be Appointed.

And A Hearing.

Mr. Thomas is respectfully requesting that the court contemplate the following request of a telephone hearing and being represented by counsel.

Justice demands such a request due to Mr. Thomas medical condition and the affect of COVID-19 if contracted may lead to his death.

The 8th Amendment of the Constitution forbids cruel and unusual punishment, therefore Mr. Thomas was not sentenced to die in prison or to any death penalty. The Caronavirus (COVID-19) is before a death penalty for people who like Mr. Thomas would be subjected to due to his asthma and blood pressure chronic conditions.

Mr. Thomas now weighs 409 lbs. That he did not weigh when he entered the BOP. His weight condition contributes to bad health as well.

Mr. Thomas seeks relief requested.

Respectfully Submitted

Brandan Thomas

My Accomplishments As of 6/14/20

### Education Information

| Inst | Assignment | Description | Start | Stop |
|---|---|---|---|---|
| PEM | ESL HAS | ENGLISH PROFICIENT | 03-23-2017 | --- |
| PEM | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-12-2017 | --- |

### Education Courses Taken

| Sub-Facl | Description | Event | AC | LV | Hours | Start | Stop |
|---|---|---|---|---|---|---|---|
| TCP | HISTORY OF SOCCER SELF-STUDY | P | C | P | 5 | 12-26-2018 | 01-05-2019 |
| TCP | AMERICAN BLACK ACHIEVEMENTS-SS | P | C | P | 4 | 11-14-2018 | 12-03-2018 |
| TCP | HISTORY OF SOCCER SELF-STUDY | P | C | P | 5 | 12-26-2018 | 01-05-2019 |
| TCP | AMERICAN BLACK ACHIEVEMENTS-SS | P | C | P | 4 | 11-14-2018 | 12-03-2018 |
| TCP | SELF-STUDY:PTS IN PHYSICAL SCI | P | C | P | 5 | 10-15-2018 | 11-05-2018 |
| TCP | SELF-STUDY: H. OF BLK ACHIEVE | P | C | P | 4 | 10-29-2018 | 11-05-2018 |
| TCP | SCIENTIFIC IDEAS NEWTON/DARWIN | P | C | P | 4 | 08-01-2018 | 09-04-2018 |
| TCP | SELF-STUDY: PHYSICAL SCIENCE 2 | P | C | P | 4 | 08-17-2018 | 09-04-2018 |
| TCP | SELF-STUDY: PHYSICAL SCIENCE 1 | P | C | P | 4 | 08-01-2018 | 09-04-2018 |
| TCP | USP INTERVAL TRAINING | P | C | P | 2 | 07-09-2018 | 08-22-2018 |
| TCP | ENGLISH GRAMMAR IV SELF-STUDY | P | C | P | 4 | 07-12-2018 | 08-06-2018 |
| TCP | ENGLISH GRAMMAR III SELF-STUDY | P | C | P | 4 | 07-12-2018 | 08-06-2018 |
| TCP | ENGLISH GRAMMAR III SELF-STUDY | P | C | P | 4 | 07-12-2018 | 08-06-2018 |
| TCP | ENGLISH GRAMMAR II- SELF-STUDY | P | C | P | 4 | 07-12-2018 | 08-06-2018 |
| TCP | ENGLISH GRAMMAR I SELF-STUDY | P | C | P | 4 | 07-12-2018 | 08-06-2018 |
| TCP | CALCULUS 1 | P | C | P | 4 | 07-12-2018 | 08-06-2018 |
| TCP | USP PARENTING CLASS 12:30-2:00 | P | C | P | 22 | 04-23-2018 | 08-06-2018 |
| TCP | 10 CHANGES TO AMERICA ACE | P | C | P | 3 | 06-26-2018 | 07-10-2018 |
| TCP | GODFATHERS MAFIA SELF-STUDY | P | C | P | 5 | 06-26-2018 | 07-10-2018 |
| TCP | EXCUSES BE GONE SELF-STUDY ACE | P | C | P | 4 | 06-13-2018 | 07-10-2018 |
| TCP | AMERICAN DISASTERS KARTRINA SS | P | C | P | 3 | 06-26-2018 | 07-10-2018 |
| TCP | VICTIM IMPACT: LISTEN & LEARN | P | C | P | 14 | 03-27-2018 | 06-26-2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | VICTIM IMPACT: LISTEN & LEARN | P | C | P | 14 | 03-27-2018 | 06-26-2018 |
| TCP | FACES OF THE EARTH SELF-STUDY | P | C | P | 4 | 05-23-2018 | 06-04-2018 |
| TCP | NE ASIA COUNTRIES & CULTURES | P | C | P | 10 | 03-01-2018 | 05-22-2018 |
| TCP | FINANCIAL PEACE UNIV (RPP2-PF) | P | C | P | 12 | 03-07-2018 | 05-15-2018 |
| TCP | ESSENTIAL ASIA II SELF-STUDY | P | C | P | 4 | 04-14-2018 | 05-07-2018 |
| TCP | SELF-STUDY: PLANET EARTH 2 | P | C | P | 5 | 04-24-2018 | 05-07-2018 |
| TCP | SELF-STUDY: PLANET EARTH 1 | P | C | P | 6 | 04-20-2018 | 05-07-2018 |
| TCP | LEWIS & CLARK SELF-STUDY ACE | P | C | P | 4 | 05-03-2018 | 05-07-2018 |
| TCP | OUR DIVERSE HOLY LANDS | P | C | P | 6 | 05-03-2018 | 05-07-2018 |
| TCP | ESSENTIAL ASIA SELF-STUDY | P | C | P | 5 | 04-14-2018 | 05-07-2018 |
| TCP | RESUME WRITING (RPP3-EM) | P | C | P | 12 | 03-07-2018 | 05-05-2018 |
| TCP | INTERVIEWING SKILLS (RPP2-EM) | P | C | P | 12 | 03-07-2018 | 05-05-2018 |
| TCP | RPP: FDIC MONEYSMART | P | C | P | 22 | 03-07-2018 | 05-05-2018 |
| TCP | MOCK JOB FAIR (RPP2-EM) | P | C | P | 8 | 04-25-2018 | 05-02-2018 |
| TCP | NEW YORK TIMES JOURNALISM | P | C | P | 2 | 03-13-2018 | 04-11-2018 |
| TCP | SELF-STUDY:MEXICO AND SPAIN | P | C | P | 6 | 03-14-2018 | 04-11-2018 |
| TCP | SELF-STUDY: MIDDLE EAST 1 | P | C | P | 4 | 03-13-2018 | 04-11-2018 |
| TCP | LOST WORLDS 3-PAGANS | P | C | P | 4 | 03-13-2018 | 04-11-2018 |
| TCP | SELF-STUDY: LOST WORLDS 2 | P | C | P | 4 | 03-13-2018 | 04-11-2018 |
| TCP | FRANK LLOYD WRIGHT | P | C | P | 3 | 03-14-2018 | 04-11-2018 |
| TCP | PASSPORT EUROPE, PART 1 | P | C | P | 2 | 03-22-2018 | 04-11-2018 |
| TCP | SELF-STUDY: ENGLAND | P | C | P | 4 | 03-13-2018 | 04-11-2018 |
| TCP | EMPLOYMENT RES CTR (RPP2-EM) | P | C | P | 12 | 03-07-2018 | 04-02-2018 |
| TCP | COUNTDOWN TO FREEDOM | P | C | P | 6 | 03-07-2018 | 04-02-2018 |
| TCP | SELF-STUDY UNIVERSE 7 | P | C | P | 4 | 02-24-2018 | 03-06-2018 |
| TCP | SELF-STUDY: UNIVERSE PART 4 | P | C | P | 4 | 02-24-2018 | 03-06-2018 |
| TCP | SELF-STUDY UNIVERSE III | P | C | P | 4 | 02-24-2018 | 03-06-2018 |
| TCP | SELF-STUDY UNIVERSE II | P | C | P | 5 | 02-15-2018 | 03-06-2018 |
| TCP | SELF-STUDY: UNIVERSE 1 | P | C | P | 5 | 02-12-2018 | 03-06-2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | TWO FAT LADIES INT'L FOOD | P | C | P | 6 | 03-02-2018 | 03-06-2018 |
| TCP | INVESTING IN STOCKS SELF-STUDY | P | C | P | 3 | 02-24-2018 | 03-06-2018 |
| TCP | TESTING MOTHER NATURE | P | C | P | 4 | 11-08-2017 | 02-05-2018 |
| TCP | NO MORE PEOPLE POPULATION ZERO | P | C | P | 3 | 01-23-2018 | 02-05-2018 |
| TCP | NO RESERVATIONS REGIONAL FOODS | P | C | P | 6 | 01-30-2018 | 02-05-2018 |
| TCP | COUSTEAU ODYESSEY II SELF-STUD | P | C | P | 6 | 01-23-2018 | 02-05-2018 |
| TCP | SELF-STUDY: J. COUSTEAU 1 | P | C | P | 6 | 01-23-2018 | 02-05-2018 |
| TCP | SELF-STUDY: THE DARK AGES | P | C | P | 4 | 01-23-2018 | 02-05-2018 |
| TCP | SELF-STUDY: COOK'S COUNTRY | P | C | P | 6 | 01-23-2018 | 02-05-2018 |
| TCP | BROADWAY II - SELF-STUDY ACE | P | C | P | 3 | 01-30-2018 | 02-05-2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | BROADWAY II - SELF-STUDY ACE | P | C | P | 3 | 01-30-2018 | 02-05-2018 |
| TCP | SELF-STUDY: BROADWAY 1 | P | C | P | 6 | 01-30-2018 | 02-05-2018 |
| TCP | SELF-STUDY: AMER.REVOLUTION 3 | P | C | P | 5 | 09-03-2017 | 02-05-2018 |
| TCP | WELCOME MICHIGAN ACE | P | C | P | 6 | 12-30-2017 | 02-05-2018 |
| TCP | INTRO TO TYPING | P | C | P | 30 | 12-04-2017 | 01-17-2018 |
| TCP | HANDWRITING ANALYSIS II ACE | P | C | P | 8 | 11-15-2017 | 01-11-2018 |
| TCP | BASIC PHOTOGRAPHY | P | C | P | 10 | 12-30-2017 | 01-08-2018 |
| TCP | REAL ESTATE BUYING GUIDE CLASS | P | C | P | 6 | 12-30-2017 | 01-08-2018 |
| TCP | SELF-STUDY: ACE OF CAKES 1 | P | C | P | 4 | 12-26-2017 | 01-08-2018 |
| TCP | SELF-STUDY: NOSTRADAMUS 3 | P | C | P | 4 | 01-04-2018 | 01-08-2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | SELF-STUDY: NOSTRADAMUS 3 | P | C | P | 4 | 01-04-2018 | 01-08-2018 |
| TCP | SELF-STUDY: NOSTRADAMUS 1 | P | C | P | 4 | 11-09-2017 | 01-08-2018 |
| TCP | SELF-STUDY: NOSTRADAMUS 2 | P | C | P | 4 | 12-14-2017 | 01-08-2018 |
| TCP | SELF STUDY RUSSIA- TSARS | P | C | P | 6 | 11-09-2017 | 11-09-2017 |
| TCP | SELF-STUDY: GENOCIDE | P | C | P | 4 | 10-26-2017 | 11-01-2017 |
| TCP | GRILLING COLLECTION - SS ACE | P | C | P | 4 | 10-31-2017 | 11-06-2017 |
| TCP | STORY OF INDIA SELF-STUDY | P | C | P | 6 | 10-05-2017 | 10-17-2017 |
| TCP | SELF-STUDY: FOOD INC | P | C | P | 2 | 10-25-2017 | 10-25-2017 |
| TCP | INTRO TO REFRIGERATION ACE | P | C | P | 8 | 10-01-2017 | 12-09-2017 |
| TCP | CDL PART 1 | P | C | P | 8 | 10-01-2017 | 12-07-2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | CDL PART 1 | P | C | P | 8 | 10-01-2017 | 12-07-2017 |
| TCP | HANDWRITING ANALYSIS I ACE | P | C | P | 8 | 10-01-2017 | 12-07-2017 |
| TCP | BEADING CLASS | P | C | P | 6 | 10-09-2017 | 11-08-2017 |
| TCP | ANCIENT RULERS 3 SELF-STUDY | P | C | P | 4 | 09-11-2017 | 10-14-2017 |
| TCP | BIZARRE FOODS IV - SELF-STUDY | P | C | P | 6 | 10-03-2017 | 10-07-2017 |
| TCP | SECRETS OF JAPAN SELF-STUDY | P | C | P | 5 | 10-03-2017 | 10-07-2017 |
| TCP | SELF-STUDY: BIZARRE FOODS 2 | P | C | P | 5 | 10-03-2017 | 10-07-2017 |
| TCP | SELF-STUDY: BIZARRE FOODS 3 | P | C | P | 8 | 10-03-2017 | 10-07-2017 |
| TCP | SELF-STUDY: GREEN | P | C | P | 5 | 09-29-2017 | 10-01-2017 |
| TCP | SS BATTLES OF ANCIENT WORLD | P | C | P | 5 | 09-26-2017 | 09-30-2017 |
| TCP | SELF STUDY BASEBALL I | P | C | P | 3 | 09-26-2017 | 09-26-2017 |
| TCP | BASEBALL II | P | C | P | 3 | 09-26-2017 | 09-26-2017 |
| TCP | BASEBALL IIII | P | C | P | 3 | 09-26-2017 | 09-26-2017 |
| TCP | BASEBALL III | P | C | P | 3 | 09-26-2017 | 09-26-2017 |
| TCP | BASIC ASTROLOGY ACE | P | C | P | 10 | 10-31-2017 | 11-06-2017 |
| TCP | TOP GEAR 5 - SELF-STUDY ACE | P | C | P | 2 | 09-24-2017 | 09-25-2017 |
| TCP | TOP GEAR 4 - SELF-STUDY ACE | P | C | P | 3 | 09-24-2017 | 09-25-2017 |
| TCP | TOP GEAR 3 - SELF-STUDY ACE | P | C | P | 3 | 09-22-2017 | 09-24-2017 |
| TCP | TOPGEAR 2-MODERN AUTO TECH | P | C | P | 3 | 09-22-2017 | 09-23-2017 |
| TCP | SELF-STUDY: TOP GEAR 1 | P | C | P | 3 | 09-22-2017 | 09-23-2017 |
| TCP | SELF-STUDY LOST CITIES 2 | P | C | P | 4 | 09-25-2017 | 09-26-2017 |
| TCP | SELF-STUDY LOST CITIES 2 | P | C | P | 4 | 09-25-2017 | 09-26-2017 |
| TCP | SELF-STUDY LOST CITIES 1 | P | C | P | 4 | 09-24-2017 | 09-25-2017 |
| TCP | TESTING MOTHER NATURE | P | C | P | 4 | 09-21-2017 | 09-23-2017 |
| TCP | SOUTH AMERICA SELF-STUDY | P | C | P | 5 | 09-20-2017 | 09-23-2017 |
| TCP | CAKE BOSS 2 SELF-STUDY | P | C | P | 3 | 09-21-2017 | 09-21-2017 |
| TCP | CAKE BOSS 1 SELF-STUDY | P | C | P | 4 | 09-18-2017 | 09-21-2017 |
| TCP | ANCIENT RULERS V SELF-STUDY | P | C | P | 4 | 09-12-2017 | 09-15-2017 |
| TCP | ANCIENT RULERS 2 SELF-STUDY | P | C | P | 4 | 09-07-2017 | 09-11-2017 |
| TCP | ANCIENT RULERS 3 SELF-STUDY | P | C | P | 4 | 09-08-2017 | 09-11-2017 |
| TCP | ANCIENT RULERS VI SELF-STUDY | P | C | P | 4 | 09-13-2017 | 09-15-2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | ANCIENT RULERS VI SELF-STUDY | P | C | P | 4 | 09-13-2017 | 09-15-2017 |
| TCP | TURKEY CULTURE/CUSTOMS SELF-S | P | C | P | 3 | 09-14-2017 | 09-16-2017 |
| TCP | SELF STUDY BARBARIANS | P | C | P | 5 | 09-15-2017 | 09-16-2017 |
| TCP | BARBARIANS II: SELF-STUDY ACE | P | C | P | 4 | 09-16-2017 | 09-19-2017 |
| TCP | ANCIENT RULERS 4 SELF-STUDY | P | C | P | 4 | 09-11-2017 | 09-14-2017 |
| TCP | SELF-STUDY: AMER.REVOLUTION 2 | P | C | P | 4 | 08-30-2017 | 09-06-2017 |
| TCP | SELF-STUDY: ANCIENT RULERS 1 | P | C | P | 4 | 09-06-2017 | 09-07-2017 |
| TCP | SELF-STUDY: GOOD EATS 2 | P | C | P | 4 | 08-02-2017 | 08-06-2017 |
| TCP | SELF STUDY ALAMO | P | C | P | 4 | 08-27-2017 | 08-30-2017 |
| TCP | AMERICAN LITERATURE SELF-STUDY | P | C | P | 5 | 08-29-2017 | 08-30-2017 |
| TCP | SELF-STUDY: AMER.REVOLUTION 1 | P | C | P | 4 | 08-30-2017 | 08-30-2017 |
| TCP | SELF-STUDY: AFTERSHOCK BEYOND | P | C | P | 2 | 08-25-2017 | 08-27-2017 |
| TCP | SELF STUDY AFRICA II | P | C | P | 2 | 08-23-2017 | 08-27-2017 |
| TCP | SELF-STUDY: AFRICA 1 | P | C | P | 4 | 08-22-2017 | 08-23-2017 |
| TCP | SELF-STUDY: TIME WARP 2 | P | C | P | 5 | 08-07-2017 | 08-15-2017 |
| TCP | GOOD EATS V: POULTRY/SOUPS | P | C | P | 4 | 08-03-2017 | 08-15-2017 |
| TCP | SELF-STUDY: TIME WARP 3 | P | C | P | 5 | 08-13-2017 | 08-16-2017 |
| TCP | SELF-STUDY: ANCIENT CIV. 1 | P | C | P | 6 | 08-14-2017 | 08-16-2017 |
| TCP | SELF STUDY CHINA | P | C | P | 2 | 07-31-2017 | 08-06-2017 |
| TCP | SELF-STUDY: GOOD EATS 1 | P | C | P | 3 | 08-01-2017 | 08-06-2017 |
| TCP | SELF-STUDY: TIME WARP 1 | P | C | P | 4 | 08-07-2017 | 08-09-2017 |
| TCP | GOOD EATS IV: MEATS SELF-STUDY | P | C | P | 6 | 08-03-2017 | 08-04-2017 |
| TCP | SELF-STUDY: GOOD EATS 3 | P | C | P | 3 | 08-03-2017 | 08-06-2017 |
| TCP | SS ANCIENT CIVILIZATIONS II | P | C | P | 4 | 08-16-2017 | 08-22-2017 |
| TCP | SELF STUDY BLOODBORNE PATHOGEN | P | C | P | 1 | 08-14-2017 | 08-15-2017 |
| TCP | SELF-STUDY: BLACK ACHIEVERS | P | C | P | 3 | 07-31-2017 | 07-31-2017 |
| TCP | HISTORY OF SECRET SOCIETIES | P | C | P | 5 | 07-30-2017 | 07-30-2017 |
| TCP | SELF-STUDY: ACE OF CAKES 1 | P | C | P | 3 | 07-30-2017 | 07-30-2017 |
| TCP | SELF-STUDY: ACE OF CAKES 2 | P | C | P | 4 | 07-27-2017 | 07-30-2017 |
| TCP | SELF-STUDY: CLANS SCOTLAND | P | C | P | 6 | 07-25-2017 | 07-30-2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TCP | SELF-STUDY: CLANS SCOTLAND | P | C | P | 6 | 07-25-2017 | 07-30-2017 |
| TCP | SELF-STUDY: ACE OF CAKES 3 | P | C | P | 3 | 07-27-2017 | 07-30-2017 |
| TCP | SELF-STUDY: AMERICAN EATS 1 | P | C | P | 4 | 07-28-2017 | 07-30-2017 |
| TCP | SELF-STUDY: AMERICAN EATS 2 | P | C | P | 1 | 07-29-2017 | 07-30-2017 |
| TCP | SELF-STUDY: 19TH CE TURNING PT | P | C | P | 4 | 07-18-2017 | 07-19-2017 |
| TCP | SELF-STUDY: 20TH CENT. TRN.PNT | P | C | P | 3 | 07-18-2017 | 07-19-2017 |
| TCP | SELF STUDY 500 NATIONS 1 | P | C | P | 4 | 07-18-2017 | 07-24-2017 |
| TCP | SELF STUDY 500 NATIONS 2 | P | C | P | 4 | 07-20-2017 | 07-24-2017 |
| TCP | NATURE'S AMAZING EVENTS SELF-S | P | C | P | 6 | 07-24-2017 | 07-24-2017 |
| TCP | IS IT REAL:SUPERNATURAL SS | P | C | P | 8 | 07-12-2017 | 07-14-2017 |
| TCP | IS IT REAL:SUPERNATURAL SS | P | C | P | 8 | 07-12-2017 | 07-14-2017 |
| TCP | SELF-STUDY: RIVER MONSTERS | P | C | P | 6 | 07-13-2017 | 07-18-2017 |
| TCP | ISLANDS 1 | P | C | P | 3 | 07-12-2017 | 07-14-2017 |
| TCP | SELF-STUDY: 18TH CE TRNING PTS | P | C | P | 4 | 07-17-2017 | 07-18-2017 |
| TCP | SELF-STUDY: HAWAII | P | C | P | 2 | 07-11-2017 | 07-11-2017 |
| TCP | NUTRITION CULINARY (RPP1-HN) | P | C | P | 50 | 04-18-2017 | 06-07-2017 |

High Test Scores

High Test Scores

| Test Facl/State | Form: Test/Subtest | Score | Date |
|---|---|---|---|
| TCP | Form 10 : TABE M/BATTERY | 7.8 | 04-03-2017 |
| TCP | Form 10 : TABE M/LANGUAGE | 3.7 | 04-03-2017 |
| TCP | Form 10 : TABE M/MATH APPL | 9.9 | 04-03-2017 |
| TCP | Form 10 : TABE M/MATH COMP | 8.9 | 04-03-2017 |
| TCP | Form 10 : TABE M/READING | 9.3 | 04-03-2017 |
| TCP | Form 10 : TABE M/TOTAL MATH | 9.9 | 04-03-2017 |

Education Reviews

| Program : LITERACY PROGRAM(GED STANDARD) |
|---|
| 05-12-2017 - Review  Conducted by TCP/DM at TCP |
| Type:   OTHER  GED VFD, 5-23-07, STATE OF VA; GED HAS |
| Program : LITERACY PROGRAM(GED STANDARD) |
| 03-20-2019 - Review  Conducted by PEM/HDM at PEM |
| Type:   INITIAL  GED HAS |
| Program : ENGLISH AS SECOND LANGUAGE |
| 03-20-2019 - Review  Conducted by PEM/HDM at PEM |
| Type:   INITIAL  ESL HAS |
| Program : OTHER |

Inmate Drug Program (DRG)

| Assignment | DRG Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 03-29-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 02-13-2018 |
| NR COMP | NRES DRUG TMT/COMPLETE | 08-15-2018 |

Branden Scott Thomas 2127208 4
Petersburg Medium Complex
P.O. Box 1000
Petersburg, VA 23804

US District Court of Western District of Virginia
210 Franklin Rd SW
Roanoke, VA 24011



